# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America
v.
TIFFANY BRINTLE

*Defendant(s)*

Case No. 26-mj-4515

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 13, 2026 in the county of Davidson in the Middle District of Tennessee, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) and 924 | Convicted felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached Statement in Support of Criminal Complaint

❒ Continued on the attached sheet.

s/ Benjamin Cole
*Complainant's signature*

Benjamin Cole, ATF SA
*Printed name and title*

Sworn to electronically via telephone.

Date: 08/19/2026

*Judge's signature*

City and state: Nashville, Tennessee

Luke A. Evans, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, Benjamin Cole, being first duly sworn on oath, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a detective with the Metropolitan Nashville Police Department's Specialized Investigations Division and a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I have been employed with the Metropolitan Nashville Police Department since July 1, 2013. In my capacity as an ATF TFO, I am currently assigned to the Nashville Field Division, Nashville Group VI Field Office, in Franklin, Tennessee. I have completed training and investigated cases involving state and federal firearms violations. I have completed training and investigated cases related to the National Integrated Ballistic Information Network (NIBIN). I have investigated and prosecuted multiple misdemeanor and felony theft, narcotics, aggravated robbery, and aggravated assault cases. I have participated in multiple theft, narcotics, aggravated robbery, and aggravated assault investigations resulting in the execution of search warrants pertaining to the evidence of said crimes. I am aware of the habits, characteristics, and practices of criminal vice activity, criminal gang activity, aggravated robberies, and aggravated assaults. I have received training on Domestic Violence, Criminal Gangs, Narcotics, Surveillance, Cellular Technology, Open Source and Social Media Surveillance & Analysis, and Laws involving felony drug and weapons charges.

2. I make this statement in support of a Criminal Complaint for Tiffany BRINTLE for the offense of possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

3. The facts contained in this statement are based on knowledge or information learned during this investigation from other law enforcement sources and law enforcement reports.

This statement does not provide each and every detail known by me regarding this investigation but rather provides information necessary to establish probable cause for the arrest of BRINTLE for the offense of possession of a firearm by a previously convicted felon. Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

## PROBABLE CAUSE

4. On August 13, 2026 at around 5:06 p.m., officers from the Metropolitan Nashville Police Department were dispatched to 913 Gallatin Pike South, Madison, Tennessee, in response to a shots-fired call. The caller gave a description of the suspect as a white female wearing a pink tank top and black leggings, and the stated that the suspect was firing a handgun in the parking lot.

5. Officers arrived and located Tiffany BRINTLE in the nearby parking lot of the Exxon Tiger Market at 819 Gallatin Pike South, in Madison. BRINTLE matched the description of the suspect and was detained. Officers spoke to witnesses who stated that BRINTLE was the individual who fired a handgun in the parking lot of 913 Gallatin Pike South.

6. Officers canvassed the area and located a gray sweater close to where BRINTLE was detained. They located this sweater next to a vacuum cleaner in the parking lot of the Exxon Tiger Market at 819 Gallatin Pike South. Inside of the sweater, officers found a Glock 26, 9mm pistol. The pistol had six live 9mm rounds of ammunition and one spent cartridge casing jammed inside of the gun.

7. Video footage captured BRINTLE walking on East Webster Street towards Gallatin Pike. While she walked, gunshots are audible and BRINTLE pointed a handgun toward the roadway intersection. After BRINTLE fired, she walked toward the camera and concealed the firearm in a gray sweatshirt. At the time that this took place, it was rush hour and  a large amount of vehicle traffic existed in the direction of where she fired shots. Officers were able to locate nine spent 9mm shell casings from the area where BRINTLE fired the gun.

8. Video footage from the Exxon Tiger Market at 819 Gallatin Pike South showed BRINTLE walking into the parking lot from the direction of the shooting incident. She loitered around the vacuums where officers located the firearm. BRINTLE moved in a manner that appeared as though she concealed an item just prior to police arrival.

9. A review of BRINTLE's criminal history revealed the following felony convictions:

- On April 15, 2010, BRINTLE appeared in the Davidson County Criminal Court and pled guilty to two counts of Aggravated Assault and one count of Reckless Endangerment. BRINTLE was sentenced to serve five years of supervised probation. (Davidson County Cases: 2009-C-2303 & 2010-A-495)
- On May 11, 2022 BRINTLE appeared in the Davidson County Criminal Court and pled guilty to one count of Aggravated Assault- Deadly Weapon. BRINTLE was sentenced to serve six years of supervised community corrections. (Davidson County Case: 2020-A-773)

10. Based on her felony criminal convictions described above, I submit that there is probable cause to believe that BRINTLE knew she was a convicted felon prior to possessing the firearm in this incident on August 13, 2026.

11. An ATF Interstate Nexus Expert determined that the above-described firearm met the definition of a firearm under Title 18, United States Code, Section 921(a)(3), and that it was not manufactured in the State of Tennessee and therefore at some point, traveled in and affected interstate or foreign commerce to be present in Tennessee on August 13, 2026.

12. All the events described occurred in Nashville, Tennessee, located in the Middle

District of Tennessee.

13. Based on the foregoing facts, I submit there is probable cause to believe that Tiffany BRINTLE committed the offense of possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924, and I request a warrant be issued for her arrest.